**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

KELSEY CASCADIA ROSE JULIANA;
XIUHTEZCATL TONATIUH M.,
through his Guardian Tamara Roske-
Martinez; ALEXANDER LOZNAK;
JACOB LEBEL; ZEALAND B., through
his Guardian Kimberly Pash-Bell;
AVERY M., through her Guardian
Holly McRae; SAHARA V., through
her Guardian Toa Aguilar; KIRAN
ISAAC OOMMEN; TIA MARIE
HATTON; ISAAC V., through his
Guardian Pamela Vergun; MIKO V.,
through her Guardian Pamel Vergun;
HAZEL V., through her Guardian
Margo Van Ummerson; SOPHIE K.,
through her Guardian Dr. James
Hansen; JAIME B., through her
Guardian Jamescita Peshlakai;
JOURNEY Z., through his Guardian
Erika Schneider; VICTORIA B.,
through her Guardian Daisy
Calderon; NATHANIEL B., through
his Guardian Sharon Baring; AJI P.,
through his Guardian Helaina Piper;
LEVI D., through his Guardian
Leigh-Ann Draheim; JAYDEN F.,
through her Guardian Cherri Foytlin;
NICHOLAS V., through his Guardian
Marie Venner; EARTH GUARDIANS, a

No. 18-36082

D.C. No.
6:15-cv-01517-
AA

ORDER

nonprofit organization; FUTURE
GENERATIONS, through their
Guardian Dr. James Hansen,
                    *Plaintiffs-Appellees*,

v.

UNITED STATES OF AMERICA; MARY
B. NEYMAYR, in her official capacity
as Director of Council on
Environmental Quality; MICK
MULVANEY, in his official capacity
as Director of the Office of
Management and the Budget;
KELVIN K. DROEGEMEIR, Dr., in his
official capacity as Director of the
Office of Science and Technology
Policy; DAN BROUILLETTE, Dr., in
his official capacity as Secretary of
Energy; U.S. DEPARTMENT OF THE
INTERIOR; DAVID BERNHARDT, in his
official capacity as Secretary of
Interior; U.S. DEPARTMENT OF
TRANSPORTATION; ELAINE L. CHAO,
in her official capacity as Secretary
of Transportation; UNITED STATES
DEPARTMENT OF AGRICULTURE;
SONNY PERDUE, in his official
capacity as Secretary of Agriculture;
UNITED STATES DEPARTMENT OF
COMMERCE; WILBUR ROSS, in his
official capacity as Secretary of
Commerce; UNITED STATES
DEPARTMENT OF DEFENSE; MARK T.

ESPER, in his official capacity as Secretary of Defense; UNITED STATES DEPARTMENT OF STATE; MICHAEL POMPEO, in his official capacity as Secretary of State; ANDREW WHEELER, in his official capacity as Administrator of the EPA; OFFICE OF THE PRESIDENT OF THE UNITED STATES; U.S. ENVIRONMENTAL PROTECTION AGENCY; U.S. DEPARTMENT OF ENERGY; DONALD J. TRUMP, in his official capacity as President of the United States,

*Defendants-Appellants*.

Filed February 10, 2021

Before: Mary H. Murguia and Andrew D. Hurwitz, Circuit Judges, and Josephine L. Staton,[*] District Judge.

Order

**ORDER**

The full court has been advised of the petition for rehearing en banc. A judge requested a vote on whether to rehear the matter en banc. The matter failed to receive a

---

[*] The Honorable Josephine L. Staton, United States District Judge for the Central District of California, sitting by designation.

majority of the votes of the nonrecused active judges in favor of en banc consideration.  Fed R. App. P. 35.

The petition for rehearing en banc, Dkt. 156, is **DENIED**.

Judges McKeown, Collins, Bress and VanDyke did not participate in the consideration of the petition for rehearing en banc.